# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornmann, Charles B. | District of South Dakota | 05/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

102 4th Ave, SE, Suite 408
Aberdeen, SD 57401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General partner | Ivey and Kornmann, a partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. farm land, Hamlin County, SD | E | Rent | O | W | | | | | |
| 2. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 3. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 4. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 5. AMG Managers Invesment Group, f/k/a / Brandywine Fund | A | Dividend | M | T | | | | | |
| 6. Oakmark Select Shares | D | Dividend | M | T | | | | | |
| 7. Masters Select Equity Fund Shares | D | Dividend | M | T | | | | | |
| 8. Vanguard 500 Index Fund (Ivey & Kornmann | C | Dividend | N | T | | | | | |
| 9. Vanguard REIT Fund (Ivey & Kornmann) | D | Dividend | N | T | | | | | |
| 10. Mexican Condo (Ivey & Kornmann) | | None | | | Distributed | 09/18/17 | M | | |
| 11. Eaton Vance Tax Global Buy Write Fund (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 12. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | J | T | | | | | |
| 13. Healthcare Plus Federal Credit Union | A | Interest | M | T | | | | | |
| 14. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | N | T | | | | | |
| 15. Twin Homes, Aberdeen, Brown County, SD | E | Rent | N | W | | | | | |
| 16. Wells Fargo Advantage Global (Ivey & Kornmann) | B | Dividend | J | T | | | | | |
| 17. Europacific Growth FD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Distribution | | | | | | | |
| 19. | | | | | Sold (part) | 08/15/17 | J | A | |
| 20. Euopacific Growth FD | A | Dividend | J | T | | | | | |
| 21. | A | Distribution | | | | | | | |
| 22. | | | | | Sold (part) | 07/14/17 | J | A | |
| 23. | | | | | Sold (part) | 12/13/17 | J | A | |
| 24. Artisan Partners FDS | B | Distribution | J | T | | | | | |
| 25. Artisan Partneers FDS | A | Distribution | J | T | | | | | |
| 26. Gabelli Equity Series FD | B | Distribution | K | T | | | J | A | |
| 27. | | | | | Sold (part) | 12/13/17 | J | A | |
| 28. Gabellli Equity Series FD | A | Interest | J | T | | | | | |
| 29. Goldman Sachs Tr. Finl Mny Mkt | A | Interest | J | T | | | J | A | |
| 30. | | | | | Sold (part) | 01/13/17 | J | A | |
| 31. | | | | | Sold (part) | 04/13/17 | J | A | |
| 32. | | | | | Sold (part) | 07/14/17 | J | A | |
| 33. Goldman Sachs Tr. Finl Mny Mkt | A | Interest | J | T | | | J | A | |
| 34. | | | | | Sold (part) | 01/13/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/13/17 | J | A | |
| 36. | | | | | Sold (part) | 07/14/17 | J | A | |
| 37. Growth Fund Amer. | A | Dividend | K | T | | | | | |
| 38. | B | Distribution | | | | | | | |
| 39. | | | | | Sold (part) | 08/15/17 | J | A | |
| 40. | | | | | Sold (part) | 12/13/17 | J | A | |
| 41. Growth Fund Amer. | A | Dividend | J | T | | | | | |
| 42. | A | Distribution | | | | | | | |
| 43. | | | | | Sold (part) | 12/13/17 | J | A | |
| 44. Harbor Fund Cap | A | Dividend | K | T | | | | | |
| 45. | A | Distribution | | | | | | | |
| 46. | | | | | Sold (part) | 07/14/17 | J | A | |
| 47. | | | | | Sold (part) | 08/15/17 | J | A | |
| 48. Harbor Fund Cap | A | Dividend | J | T | | | | | |
| 49. | A | Distribution | | | | | | | |
| 50. | | | | | Sold (part) | 12/13/17 | J | A | |
| 51. Hartford Mut FDS Inc. | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/15/17 | J | A | |
| 53. Hartford Mut FDS Inc. | A | Distribution | J | T | | | | | |
| 54. Investment Co. Amer. | A | Dividend | K | T | | | | | |
| 55. | B | Distribution | | | | | | | |
| 56. Investment Co. Amer | A | Dividend | J | T | | | | | |
| 57. | A | Distribution | | | | | | | |
| 58. American FDS Inc.New World | A | Dividend | K | T | | | | | |
| 59. | A | Distribution | | | | | | | |
| 60. | | | | | Sold (part) | 08/15/17 | J | A | |
| 61. American FDS Inc. New World | A | Dividend | J | T | | | | | |
| 62. | A | Distribution | | | | | | | |
| 63. | | | | | Sold (part) | 10/13/17 | J | A | |
| 64. | | | | | Sold (part) | 12/13/17 | J | A | |
| 65. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 66. Pimco FDS Pac Invt | A | Dividend | J | T | | | | | |
| 67. Oppenheimer Dev. Mkts. | A | Dividend | K | T | | | | | |
| 68. | | | | | Sold (part) | 10/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Dev. Mkts | A | Dividend | J | T | | | | | |
| 70. | | | | | Sold (part) | 12/13/17 | J | A | |
| 71. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | | | | | |
| 72. | A | Distribution | | | | | | | |
| 73. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. T Rowe Price MD-CP Val. | A | Dividend | K | T | | | | | |
| 76. | A | Distribution | | | | | | | |
| 77. T Rowe Price MD-CP Val | A | Dividend | J | T | | | | | |
| 78. | A | Distribution | | | | | | | |
| 79. Small Cap World Fund Inc. 1 | A | Distribution | K | T | | | | | |
| 80. | | | | | Sold (part) | 12/13/17 | J | A | |
| 81. Small Cap World Fund Inc. | A | Distribution | J | T | Distributed (part) | | | A | |
| 82. | | | | | Sold (part) | 12/13/17 | J | A | |
| 83. Wash; Mut. Investors Fund | A | Dividend | K | T | | | | | |
| 84. | B | Distribution | | | | | | | |
| 85. | | | | | Sold (part) | 12/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wash. Mut. Investors Fund | A | Dividend | J | T | | | | | |
| 87. | A | Distribution | | | | | | | |
| 88. Invesco Comstock Fund | A | Dividend | J | T | | | | | |
| 89. | A | Distribution | | | | | | | |
| 90. Invesco Comstock Fund | A | Dividend | J | T | | | | | |
| 91. | A | Distribution | | | | | | | |
| 92. JP Morgan Large Cap | B | Distribution | J | T | | | | | |
| 93. | | | | | Sold (part) | 08/15/17 | J | A | |
| 94. JP Morgan Large Cap | A | Distribution | J | T | | | | | |
| 95. | | | | | Sold (part) | 12/14/17 | J | A | |
| 96. Deutsche Bank Global Real Estate Fd | A | Dividend | J | T | | | | | |
| 97. Dautsche Bank Global Real Estate Fd | A | Dividend | J | T | | | | | |
| 98. Deutsche Bank Enhanced Comm Fd | A | Dividend | J | T | | | | | |
| 99. Deutsche Bank Enhanced Comm Fd | A | Dividend | J | T | | | | | |
| 100. Bond Fund of America F-2 | A | Dividend | J | T | | | | | |
| 101. Bond Fund of America F-2 | A | Dividend | J | T | | | | | |
| 102. JP Morgan High Yield Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan High Yield Fuynd | A | Dividend | J | T | | | | | |
| 104. Russell Invt Co. Commodity Strategies | A | Dividend | K | T | | | | | |
| 105. | | | | | Sold (part) | 09/19/17 | J | A | |
| 106. Russell Invt.Co. Global CR Strategies FD | A | Dividend | | | | | | | |
| 107. | | | | | Sold | 09/19/17 | J | A | |
| 108. Russell Emerging Mkts. Cl S | A | Dividend | L | T | | | | | |
| 109. | | | | | Sold (part) | 04/13/17 | J | A | |
| 110. | | | | | Sold (part) | 07/17/17 | J | A | |
| 111. | | | | | Sold (part) | 09/20/17 | J | A | |
| 112. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 113. Russell Invt.Co. Global Real Est. Secs | A | Dividend | | | | | | | |
| 114. | | | | | Sold | 09/19/17 | K | A | |
| 115. Russell Glbl. Eqty | | None | | | | | | | |
| 116. | | | | | Sold | 07/12/17 | L | E | |
| 117. Russell Intl. Devel PD Mkts FD Class S | B | Dividend | M | T | | | | | |
| 118. | | | | | Buy (add'l) | 09/19/17 | K | | |
| 119. Russell Invt Co. Multi-Strategy | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | A | Distribution | | | | | | | |
| 121. | | | | | Buy | 09/19/17 | M | | |
| 122. Russell US Small Cap | A | Dividend | L | T | | | | | |
| 123. | D | Distribution | | | | | | | |
| 124. | | | | | Sold (part) | 09/19/17 | J | A | |
| 125. Russell US Strat Equit | B | Dividend | M | T | | | | | |
| 126. | D | Distribution | | | | | | | |
| 127. | | | | | Sold (part) | 09/19/17 | K | D | |
| 128. Russell Invt. Co. Global Infrastructure Fund | A | Dividend | J | T | | | | | |
| 129. | A | Distribution | | | | | | | |
| 130. | | | | | Sold (part) | 09/19/17 | J | A | |
| 131. Jefferson City Retirement, LLC (Ivey & Kornmann) | C | Distribution | K | T | | | | | |
| 132. Cheyenne Retirement, LLC | D | Distribution | L | T | | | | | |
| 133. Mishawaka/South Bend Retirement, LLC (Primrose) | | None | L | T | | | | | |
| 134. Debt from Driver Properties LLC | A | Interest | J | T | | | | | |
| 135. Debt from Bill Welk (Ivey & Kornmann) | | None | K | T | | | | | |
| 136. Nuveen S & P Buy-Write Fund (Ivey & Kornmann | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Newburgh/Evansville (Primrose) | | None | K | T | | | | | |
| 138. C.D., Capital One | B | Interest | L | T | | | | | |
| 139. Goldman Sachs Treasury Instr (Money Mkt) | A | Dividend | J | T | | | | | |
| 140. | | | | | Sold (part) | 01/13/17 | J | A | |
| 141. | | | | | Sold (part) | 04/13/17 | J | A | |
| 142. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 143. | | | | | Sold (part) | 10/13/17 | J | A | |
| 144. Primrose, Appleton, Wis. | | None | L | T | Buy | 05/02/17 | L | | |
| 145. Primrose, Midland, MI | | None | L | T | Buy | 09/18/17 | L | | |
| 146. Capital One money market | A | Interest | L | T | Buy | 12/26/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  INVESTMENTS AND TRUSTS (Contd.)

Line 1,  this land is leased on a cash rent basis to Lakness Farms of Hayti, S.D.

Lines 2 and 3, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D..  Liquid investments of the partnership and income therefrom are reported in Part VII.  All interests in the partnership are owned by immediate family members.

Line 5, this mutual fund is owned by a revocable trust, the trustees being the reporting party       .  This is true also of all other mutual funds listed in Part VII, other than funds owned by Ivey and Kornmann which funds are so designated in Part VII.   Brandywine Fund, Inc. changed its name to AMG Managers Investment  Group but nothing has changed as to this investment.

Line 10, this describes the Mexican Condominium which was distributed in exchange for a judgment awarded to Ivey and Kornmann  vs. William Welk.  The judgment is unsatisfied but is a lien against real estate of Mr. Welk in Brown County, S.D.

Line 13, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D.  by the reporting party      .

Line 14, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann partnership.

Line 15, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment in Aberdeen, S.D.

Line 131, this is a limited partnership interest in a partnership called Primrose that owns an assisted care living center in Jefferson City, MO.  The owner of the limited partnership interest is Ivey and Kornmann partnership.

Line 132, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center in Cheyenne WY.

Line 133, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center near South Bend, IN.  The actual name is not "South Bend" but is "Mishawaka/South Bend Primrose, LLC" and that clarification is made..

Line 134, this is a debt from a limited liability corporation that owns rental housing in Minneapolis, MN.  The LLC is owned by two sons-in-law.

Line 135, this is a demand promissory note that  became due on demand in 2014 and efforts are underway to force payment of the note.  Nothing has been paid or collected  although a trial court judgment was obtained, reversed on appeal and the case at the end of the reporting period was awaiting final action..  The money is owed to Ivey and Kornmann

Line 137, this is a limited partneship interest in a Primrose partnership that owns an assisted care living center near Evanston, Indiana.

Line 138, this is a certificate of deposit w/ Capital One

Line 144, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center near Newburgh/Evansville, IN

Line 145, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center in Midland, MI

Line 146, this is a "360 money market account" with Capital One.

Where distributions are shown as to the stock market investments, the transaction was a capital gain distribution.  There is no "code" for that other than the general description (distribution).  All such gains and all such dividends were reinvested in the asset and are part of the total value shown at the end of the reporting period for each such asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Kornmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544